**E-FILED**
Monday, 19 March, 2007  10:22:19 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

DESIGN IDEAS, LTD.,              )
an Illinois Corporation,         )
                                 )
           Plaintiff,            )
                                 )          Civil Action No.
v.                               )
                                 )
THINGS REMEMBERED, INC.,         )          **EQUITABLE RELIEF SOUGHT**
a Delaware Corporation,          )
                                 )
           Defendant.            )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Design Ideas, Ltd., by its attorneys, for its Complaint against Defendant, Things Remembered, Inc., alleges and states upon information and belief as follows:

## NATURE OF THE ACTION

1.     This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1, et seq., including 35 U.S.C. § 271, and for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101, et seq. The claims arise out of Defendant's actions with respect to certain products developed, owned, patented, copyrighted, marketed and sold by Plaintiff, as more fully described herein.

## JURISDICTION AND VENUE

2.     This Court has exclusive jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a).

3.     Venue is proper in this District pursuant to 28 U.S.C. §1391 (b) and (c) and §1400 (a) and (b).

## THE PARTIES

4.    Plaintiff Design Ideas, Ltd., is a corporation organized and existing under the laws of the State of Illinois, and maintains its principal place of business at 2521 Stockyard Road, Springfield, Illinois ("Design Ideas").  Design Ideas is engaged in the business of manufacturing and distributing a unique series of decorative housewares that incorporate artistic metal wire flower sculptures in their designs.  Design Ideas is the sole assignee of the patent-in-suit and the owner of the copyright for said works and their original selection, as defined below.

5.    Defendant Things Remembered, Inc., is a corporation organized and existing under the laws of the State of Delaware, and maintains its principal place of business at 5500 Avon Park Drive, Highland Heights, Ohio ("Things Remembered").  Things Remembered markets personalized gifts via its some 600 mall locations throughout the United States, a catalog and the internet.  Things Remembered operates at least 20 such locations in Illinois, including one at the White Oaks Mall in Springfield, and has committed the acts complained of in the Central District of Illinois.

## DESIGN IDEAS' INTELLECTUAL PROPERTY

6.    During the late 1990's, Design Ideas began work on a series of three-dimensional wire housewares decorated with wire flower sculptures to be offered under its **DOODLES** trademark.  Design Ideas duly obtained patent protection and registered its copyright in the wire flower sculptures, as detailed below.  Things Remembered has infringed this patent and this copyright.

## DESIGN IDEAS' PATENT – The '058 Patent

7.    On August 5, 2000, Design Ideas' employee and the inventor Jenna Walsh filed a patent application with the United States Patent and Trademark Office covering decorative

2

metal containers made of metal wires of different gauges including upper and lower support wires connected by a sidewall made up of a plurality of wires bent to form delicate, recognizable, decorative shapes such as flowers. The patent issued on June 4, 2002, as Patent No. US 6,398,058 B1 (the "'058 Patent") entitled "Decorative Metal Containers." A true and correct copy of the '058 Patent is attached hereto, marked as Exhibit A and by reference made a part hereof.

8.    Design Ideas is the owner by assignment of all legal right, title and interest in, to and under the '058 Patent, including the right to bring this suit for damages and injunctive relief for infringement thereof.

### DESIGN IDEAS' COPYRIGHTS

9.    In 1999, Design Ideas created a series of original metal wire flower sculptures for affixation to its **DOODLES** line. Design Ideas created the following three flower sculptures which it often presents together in an original selection, as seen below on a single votive candle holder as an example:



Note the above photographs are three different views of a single votive.

10.    Design Ideas often presents these wire flower sculptures in a creative, original selection on other housewares such as napkin holders, panniers, tealight candle cups, pencil

3

cups, doodad cups, notepad holders, paper towel holders, utensil holders, bread baskets, baskets and cans. An example of Design Ideas' original selection presented on a fruit basket is depicted below:



11.    Design Ideas registered its copyright in its wire flower sculptures with the United States Copyright Office on July 11, 2000, receiving Registration No. VA 1-055-871. A true and correct copy of Design Ideas' said copyright registration is attached hereto, marked as Exhibit B and by reference made a part hereof.

## THINGS REMEMBERED'S INFRINGING ACTIVITIES

12.    Things Remembered has offered for sale, sold and distributed in interstate commerce and imported into the United States an open metal wire container with wire flower

sculptures affixed that it identifies as a "Flower Candle Basket", depicted below:



13.    Things Remembered's Flower Candle Basket is a decorative metal container made of metal wires including upper and lower support wires connected by a sidewall made up of decorative wire flowers. Things Remembered closely reproduces each of Design Ideas' original wire flower sculptures in its Flower Candle Basket, and copies exactly the selection of wire flower sculptures. Indeed, Things Remembered has selected and reproduced only the same flowers as Design Ideas, and no others. This copying can be seen in detail below:



Design Ideas believes Things Remembered provides engraving services to its customers, who can have text engraved onto the heart-shaped surface of the Flower Candle Basket.

14.    On July 30, 2004, a representative of Design Ideas purchased a Flower Candle Basket from the Things Remembered retail store located at the White Oaks Mall in Springfield, Illinois. The following are copies of the purchase receipt and price tag attached to the bottom of the Flower Candle Basket purchased by the Design Ideas representative:




15.    At no time has Design Ideas authorized Things Remembered to offer for sale, sell, use, make or import into the United States the invention protected by the '058 Patent.

16.    At no time has Design Ideas authorized Things Remembered to reproduce, adapt, distribute, display, sell and/or import into the United States its original metal wire flower sculptures and original selection of same protected by its copyright.

## COUNT I
## INFRINGEMENT OF DESIGN IDEAS' '058 PATENT

17.    Design Ideas re-alleges and incorporates by reference paragraphs 1 through 16 of the Complaint as though fully set forth herein.

18.    Things Remembered has infringed and continues to infringe the '058 Patent in violation of 35 U.S.C. § 271(a).  Particularly, Things Remembered has imported into the United States, sold and offered to sell decorative metal containers as claimed in the '058 Patent.

19.    Design Ideas has given actual notice to Things Remembered of its infringement of the '058 Patent.

20.    Design Ideas has sustained damages as a result of Things Remembered's infringing activities,  and will continue to sustain damages in the future unless the infringement of the '058 Patent is permanently enjoined by this Court.  Such damages include lost profits, erosion of Design Ideas' pricing for its competing products and sales, and in any event, no less than a reasonable royalty.

21.    Things Remembered's infringing activities have been and continue to be knowing, deliberate, willful and wanton, and in conscious disregard of Design Ideas' patent, making this an exceptional case within the meaning of 35 U.S.C. § 285.

## COUNT II
## INFRINGEMENT OF DESIGN IDEAS' COPYRIGHT

22.    Design Ideas re-alleges and incorporates by reference paragraphs 1 through 21 of the Complaint as though fully set forth herein.

23.    Things Remembered's Flower Candle Basket product contains unauthorized reproductions and/or adaptations of Design Ideas original metal wire flower sculptures.

24.    Things Remembered's Flower Candle Basket product copies exactly the original selection of Design Ideas original metal wire flower sculptures.

25.    Things Remembered has imported into the United States and offered for sale in interstate commerce unauthorized copies and/or derivatives of Design Ideas' original works and selection, and has in fact sold and distributed such unauthorized copies or derivatives for financial gain.

26.    Things Remembered's acts constitute infringement of Design Ideas' copyright in violation of 17 U.S.C. § 106, § 501(a), and § 602 (a).  By reason of Things Remembered's infringement, Design Ideas has sustained substantial and irreparable injury, loss and damages.

\*                          \*                          \*

**WHEREFORE**, Design Ideas, Ltd., prays that this Court grant the following relief:

A.    A judgment that Things Remembered, Inc., has infringed Design Ideas, Ltd.'s Patent Number US 6,398,058 B1;

B.    An accounting for damages, and judgment thereon, resulting from Things Remembered's infringement of the '058 patent, together with pre-judgment and post- judgment interest;

C.    A judgment that Things Remembered knowingly and willfully engaged in the infringement of the '058 patent, and a trebling of damages pursuant to 35 U.S.C. § 284;

D.    A permanent injunction against Things Remembered, its officers , agents and employees, parent and subsidiary corporations, assigns, successors in interest, and all persons in active participation or concert with them or any of them, enjoining them from continued acts of infringement of the '058 patent;

E.    A judgment holding this to be an exceptional case and awarding Design Ideas its attorney's fees and costs pursuant to 35U.S.C.§ 285;

F.    A judgment that Things Remembered, Inc., has infringed Design Ideas, Ltd.'s registered copyright in its **DOODLES** metal wire flower sculptures and the selection of same;

8

G.  A permanent injunction against Things Remembered, its officers, agents and employees, parent and subsidiary corporations, assigns, successors in interest, and all persons in active participation or concert with them or any of them, enjoining them from continued acts of infringement of Design Idea's copyright in any manner, directly or indirectly, including, but not limited to enjoining them from copying, adapting, distributing, selling, marketing, importing or placing in interstate commerce any reproductions, derivatives or selections of Design Ideas' copyright-protected works, including, but not limited to the Flower Candle Basket;

H.  An accounting for damages, and judgment thereon, resulting from Things Remembered, Inc.'s infringement of Design Idea's copyright, together with pre-judgment and post- judgment interest, as well as for all gains, direct profits, indirect profits and advantages derived from its infringement of same;

I.  A judgment in favor of Design Ideas and against Things Remembered in an amount equal to the damages sustained by Design Ideas and the direct and indirect profits earned by Things Remembered from the infringements alleged herein pursuant to 17 U.S.C. § 504 (b);

J.  A judgment that Things Remembered engaged in the infringement of Design Idea's copyright and for attorneys' fees and costs pursuant to 17 U.S.C. § 505;

K.  An order in favor of Design Ideas and against Things Remembered for the impounding and destruction of all infringing works pursuant to 17 U. S. C. § 503; and

L.  Such other and further relief as the Court deems just and equitable.

9

Plaintiff Design Ideas, Ltd., hereby demands a jury trial on all issues triable of right by

jury.

Respectfully submitted,

**DESIGN IDEAS, LTD.,**

by its attorneys,

Lead Counsel:                           **BROWN, HAY & STEPHENS, LLP**

Dated:   March 16, 2007          By:    **s/Paul Bown**
                                         Paul Bown
                                         Registration No. 0265926
                                         Attorney for Plaintiff
                                         Brown, Hay & Stephens, LLP
                                         205 S. Fifth Street, Suite 700
                                         Springfield, Illinois 62701
                                         (217) 544-8491
                                         fax: (217) 544-9609
                                         email: pbown@bhslaw.com

                                         and

                                         **SAIDMAN DesignLaw Group**

                                         Perry J. Saidman
                                         Michael T. Platt
                                         Garfield Goodrum
                                         8601 Georgia Avenue
                                         Silver Spring, MD  20910
                                         (301) 585-8601
                                         fax: (301) 585-0138
                                         garfield.goodrum@designlawgroup.com
                                         Attorney Goodrum is admitted in MA and NH, and not yet admitted in MD.

E-FILED
US006398058B1  2007  10:22:41 AM
Clerk, U.S. District Court, ILCD

(12) **United States Patent**
Walsh

(10) **Patent No.:** **US 6,398,058 B1**
(45) **Date of Patent:** **Jun. 4, 2002**

(54) **DECORATIVE METAL CONTAINERS**

(75) Inventor: **Jenna Walsh**, Springfield, IL (US)

(73) Assignee: **Design Ideas, Ltd.**, Springfield, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/634,605**

(22) Filed: **Aug. 5, 2000**

(51) **Int. Cl.**[7] .................................................. **B65D 6/08**
(52) **U.S. Cl.** ......................................... **220/485**; 220/574
(58) **Field of Search** ................................. 220/494, 489, 220/485, 668, 574, 662

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,683,554 A | | 9/1928 | Kenyon |
| 1,788,724 A | | 1/1931 | Libera |
| 2,116,810 A | | 5/1938 | Warner |
| D121,405 S | | 7/1940 | Watral |
| 2,317,044 A | * | 4/1943 | Faulkner ..................... 220/494 |
| 2,554,232 A | | 5/1951 | Young, Jr. |
| D163,630 S | | 6/1951 | Pollock |
| 2,856,093 A | * | 10/1958 | Bruce .......................... 220/494 |
| 3,272,377 A | * | 9/1966 | Schray ........................ 220/494 |
| 3,672,408 A | * | 6/1972 | Dubrfuil et al. ............ 451/490 |
| D369,870 S | | 5/1996 | Chang |
| D410,619 S | | 6/1999 | Hamowy |

FOREIGN PATENT DOCUMENTS

GB      1423121      *  1/1976

OTHER PUBLICATIONS

Design Ideas Catalog, "Critter Clips", Item #310129, page Office Organization #11, issued Mar. 1999.

* cited by examiner

*Primary Examiner*—Stephen Castellano
(74) *Attorney, Agent, or Firm*—SAIDMAN DesignLaw Group

(57)          **ABSTRACT**

Containers made of metal wires of different gauges including upper and lower support wires connected by a sidewall, the sidewall being made up of a plurality of wires bent to form delicate, recognizable, decorative items. The items and support wires are connected such that a plurality of mutually supporting triangular frames are formed to brace, rigidify, and stabilize the shape of the wire container.

**12 Claims, 12 Drawing Sheets**





FIG. 1



FIG. 2A



FIG 2B



FIG. 3A

**U.S. Patent**    Jun. 4, 2002    Sheet 5 of 12    US 6,398,058 B1



FIG. 3B



FIG. 3C

3:07-cv-03077-JES-CHE    # 1-2    Page 8 of 15



FIG. 4A



FIG. 4B



FIG. 5A



FIG. 5 B



FIG. 5C

**U.S. Patent**    Jun. 4, 2002    Sheet 12 of 12    US 6,398,058 B1



FIG. 6

US 6,398,058 B1

**1**

## DECORATIVE METAL CONTAINERS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to decorative metal wire containers.

2. Description of Related Art

Wire metal containers are known in the art. Representative are U.S. Pat. No. 1,788,724 issued to Libera on Jan. 13, 1931, and U.S. Pat. No. 2,554,232 issued to Young, Jr. on May 22, 1951, Des. 121,405 issued to Watral on Jul. 9, 1940, and Des. 369,870 issued to Chang on May 14, 1996.

Libera shows a wire basket on which signs are attached. Young, Jr., shows a wire tray in which upper and lower support wires are connected by wires in the form of circles and triangular legs; the circles and legs interlock when plural trays are stacked and are strictly functional. Watral shows a wire rack with a wire swan positioned within a handle which is centrally located on the rack and which is not a sidewall. Chang shows a candle-holding cup supported on a base by S-shaped wire legs; again, the legs are strictly functional.

While all of the foregoing are functional, they are massive, apparently from the necessity to provide strength and stability to their containers, which makes them relatively unappealing in looks.

None of these references, nor any known to applicant, disclose the concept of a container made of wire having simulations of a recognizable, decorative figures, also made of wire, formed as part of or attached to the sidewall of the container.

### OBJECTS AND SUMMARY OF THE INVENTION

The present invention overcomes the deficiencies described above by providing a wire container having upper and lower support wires, which collectively define the shape of the container and which are separated and spaced by delicate simulations of recognizable, decorative figures or items hand-crafted of wire.

It is an object of the invention to provide metal wire containers having upper and lower support wires and having sidewalls which are either formed by simulations of well-known, decorative entities made of wire or have same attached thereto.

It is a further object of the invention to provide metal wire containers having upper and lower support wires and having sidewalls formed exclusively of simulations of well-known, decorative items made of wire.

It is a further object of the invention to provide metal wire containers in which the wire simulations of well-known entities are made of smaller gauge wires than are the support wires.

### BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, aspects, uses, and advantages of the present invention will be more fully appreciated as the same becomes better understood from the following detailed description of the present invention when viewed in conjunction with the accompanying drawings, in which:

FIG. 1 is a perspective view of a storage cup for small items which illustrates the principles of the present invention;

FIG. 2A is a perspective view of a votive candle cup which further illustrates the principles of the present invention;

**2**

FIG. 2B is a side view of the votive cup of FIG. 2A;

FIG. 3A is a perspective view of a napkin holder which further illustrates the principles of the present invention;

FIG. 3B is a side view of the of napkin holder of FIG. 3A;

FIG. 3C is a top view of the of napkin holder of FIG. 3A;

FIG. 4A is a perspective view of a pannier which further illustrates the principles of the present invention;

FIG. 4B is a front view of the pannier of FIG. 4A;

FIG. 5A is a perspective view of a fruit bowl which further illustrates the principles of the present invention;

FIG. 5B is a top view of the bowl of FIG. 5A;

FIG. 5C is a side view of the of bowl of FIG. 5A; and

FIG. 6 is a top view of exemplary decorative figures used when practicing the invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The invention is directed to wire containers in which decorative figures either form the sidewalls of the container or are attached thereto. The principles of the invention are most easily introduced by a description of a relatively simple container. In the descriptions of the following embodiments, like reference numerals will be used to denote like parts, where applicable.

Referring to FIG. 1, a cup 10 for the reception of "doodads" (small miscellaneous items, e.g., paper clips, rubber bands, buttons, etc.) comprises an upper support wire 12, a lower support wire 14, and a sidewall 16. An impervious, metallic, lid-shaped plate 20 closes the bottom 22 of cup 10; top 24 is open. Sidewall 16 comprises a plurality of recognizable, decorative figures, items or creatures 18, shown in this embodiment as a variety of flowers 26 coupled to the upper and/or lower support wires 12 and 14 to form a chamber (i.e., an at least partially enclosed space). Flowers 26 may simulate any recognizable flower. They are illustratively disclosed as a sunflower 28, a daisy 30, and a violet 32. Sunflower 28 is most clearly shown in FIGS. 2A, 5A, and 5B, daisy 30 in FIGS. 1, 5A, 5B, and 5C, and violet 32 in FIGS. 2B, 5A, 5B, and 5C. Obviously, these decorative flowers may take any aesthetically pleasing form.

As shown in FIG. 2A, separate metal wires of differing thicknesses are preferably hand-bent and welded together to simulate the central body and surrounding petals of each flower 26. Referring to FIGS. 2A and 5A, the characteristic, large, seed-bearing central portion 34 of sunflower 28 is formed of a small gauge wire bent into small, tight loops which are helically arranged; intermediate gauge wires are bent into larger loops to simulate its petals 36. The term "loop" as used in this specification and appended claims means the portion of a figure formed by wire that curves back towards itself. These loops extend outwardly from central portion or central body 34 and are circumferentially offset from one another. The largest gauge wire is reserved for support wires, such as wires 12 and 14.

The central body 38 of daisy 30 (FIGS. 1 and 5C) is preferably formed of a helically wound, intermediate gauge wire affixed to one side of a small washer 42 (FIGS. 2A and 5A). The central body 40 of violet 32 (FIG. 2B) is likewise formed of a helically wound, intermediate gauge wire affixed to a small washer 42 (FIG. 5A).

As shown in FIG. 5A, daisies 30 show a single set of petals 44, whereas violets 32 have a pair of petal sets, a smaller, internal set 46 and a larger, surrounding set 48, all affixed, respectively, to opposite sides of their respective central washers 42.

US 6,398,058 B1

**3**

As shown in FIG. 1, the petals of flowers **26** are selectively attached to the petals of other flowers **26**, and/or to upper support wire **12** and to lower support wire **14**. The preferred wire material is stainless steel, and the preferred mode of affixing them to each other is by welding, although other materials and methods of attachment are explicitly noted as being within the scope of the invention. Stainless steel is preferred, due to its finished appearance combined with its ease of manipulation while being rigid enough to maintain its shape.

Cup **10** is constructed by forming upper support wire **12** in the shape desired for the top of the cup, in this case, a circle of an appropriate diameter, and by forming lower support wire **14** in the shape desired for the base of the cup, in this case, again a circle and, since a cylindrical shape is desired for cup **10**, lower support wire **14** is of the same diameter as upper support wire **12**. Lid-shaped plate **20** is welded to lower support wire **14**. Plate **20** comprises a solid surface to prevent small items from falling through it.

Figures or Items **18** are preferably pre-made by hand and are stored as inventory. For example, the types of flowers desired are selected from the inventory, aesthetically arranged, and welded to upper support wire **12**, lower support wire **14**, and to its adjacent neighboring flowers **26**. (While each flower **26** of cup **10** is shown as attached to its neighboring flower, other small cups, such as a tea light cup (not shown), may also be designed in which each flower is connected only to the upper and lower support wires.)

The present invention applies to wire containers the principle of triangular frames which serve as braces. Triangular frames are noted for their strength while using a minimum of materials. Their use in the construction of bicycles is an admirable example of the principle. When applied to the disclosed wire containers, each item **18** can be considered from a structural, functional point of view as an integral, rigid unit, much like a coin or other rigid disc. Connections are made at or near their perimeters, e.g., through the petals of each flower **26**, which are attached to at least two, preferably three, and, in larger containers, four external elements, chosen from the following group: (1) the petals of other flowers **26**; (2) upper support wire **12**; and (3) lower support wire **14**.

In FIG. 1, an exemplary triangular framework is formed by sunflower **50** being connected to daisy **52** at **54**, both of which are connected to upper support wire **12** at **56** and at **58**. Sunflower **50**, daisy **52**, and the enclosed segment of wire **12** between connections **56** and **58** form a rigid triangle. Other triangles formed by the intersection of selected items with other items and/or one or more of the support wires are readily distinguishable in the drawings. The principle of triangular bracing provides the wire containers with more structural rigidity than the delicate wires used would suggest. The result is a wire container which has a delicate, beautiful appearance combined with sufficient strength and integrity to be useful for its intended purpose.

In cup **10**, each of the flowers **26** are connected to both upper and lower support wires **12** and **14**. The votive candle cup **60** shown in FIGS. 2A–B is similar to doodad cup **10** in that each flower **26** is connected to its neighboring flower, but it differs in two ways:

(1) each flower **26** is connected to only one of the upper and lower support wires **12** and **14**. For example, opposed violets **64** and **66** are not attached to upper support wire **12** (FIG. 2B); sunflower **68** and daisy **70** are not joined with lower support wire **14** (FIG. 2A); and

**4**

(2) bottom **22** comprises a helical wire **62** (FIG. 2A), and, being a support wire, is of the same gauge as support wires **12** and **14**. It is not necessary for the bottom **22** of votive cup **60** to be impervious. Helical wire **62** adequately supports a votive candle, and it gives a decorative touch to this embodiment of wire containers. Note the use of the triangle principle between violet **64**, sunflower **68**, violet **66**, and lower support wire **14** in FIG. 2A and between sunflower **68**, violet **64**, upper support wire **12**, and daisy **70** in FIG. 2B.

As in all of the embodiments within the inventive concepts disclosed herein, the upper and lower support wires define the shape of the top and bottom of the wire container. The shapes do not have to be identical, however, as was the case with cup **10**. In votive candle cup **60** they are conguent but not of identical diameters. The circle defined by upper wire **12** has a larger diameter than that defined by lower wire **14**. As a consequence, votive cup **60** becomes essentially a conic section as is evident from the side view shown in FIG. 2B.

Turning to FIGS. 3A–3C, a different form of decorative items or creatures **18** is illustrated. Three types of flying insects, e.g., two types of butterflies **72** and **74** and a dragonfly **76**, collectively referred to herein as "flutters" **78**, are affixed to each other and to upper and lower support wires **12** and **14** in various orientations to form a napkin holder **80**. Lower support wire **14** is rectangular and is dimensioned to loosely border conventionally sized napkins. Bottom **22** comprises an open wire mesh **82** which spans lower support wire **14**. Upper support wire **12** generally conforms to the shape and dimensions of lower support wire **14** except in the front sidewall **84** where the centrally located, opposed ends **86** of upper support wire **12** are bent 90° downwardly and attached to lower support wire **14**.

Upper and lower support wires **12** and **14** still define the upper and lower configuration of the wire container, as in past embodiments, but they can be distinctly different from each other, as here, to provide different functions. This construction of upper wire **12** forms an opening **88** which facilitates the removal of the napkins (not shown). The four corners are provided with vertical, rigid, support wires **90** of the same gauge as upper and lower support wires **12** and **14**, as much for aesthetic purposes as for reinforcement. A bail **92** is loosely constrained in wire loops **94** fixed to opposite parallel sides of upper support wire **12**. Bail **92** serves double duty, as a handle for carrying napkin holder **80** (FIG. 3A) and as a restraining arm (FIG. 3C) which rests on the napkins (not shown) like a paperweight to prevent them from becoming disheveled.

Referring to FIG. 6, flutters **78** each comprise a body **96** and wings **98**. Butterfly **72** has an oval wire body **96** with the wings **100** and head **102** extending outwardly therefrom. The body **96** of butterfly **74** comprises a central, longitudinal wire (not seen) with a tightly wrapped wire **104** along its length and a meandering wire **106** wrapped around a portion thereof to give bulk to the butterfly's body **96**. A head **108** and wings **110** are affixed to body **96**. Linear and ornately curved wires **112** simulate the delicate structures and decorative markings of butterflies **72** and **74** and dragonfly **76**. A pair of single strand wires are attached to each of heads **102** and **108** to simulate antennae **114**. As shown in FIG. 3A, due to their fragility, all antennae **114** are connected at their "free" ends to upper support wire **12**.

Although different in the shape of its wings and body, dragonfly **76** is constructed similar to butterfly **74** with heads **116** and wings **118** fixed to tightly wrapped wire bodies **96**. The triangle principle is readily evident, inasmuch as each



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-055-871**



EFFECTIVE DATE OF REGISTRATION

Month Day Year  07 / 11 / 00

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK** ▼
Doodles (Series 2)

**NATURE OF THIS WORK** ▼ See Instructions
Wire Sculptures

**PREVIOUS OR ALTERNATIVE TITLES** ▼
Flutter Tea Light Cup, Petals Tea Light Cup, Flutter Votive Cup, Petals Votive Cup, Flutter Cocktail Charms

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a**

**NAME OF AUTHOR** ▼
Design Ideas, Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☑ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
1999 ◀ Year in all cases.
This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 4   Year ▶ 2000
U.S.A. ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Design Ideas, Ltd.
P.O. Box 2967, Springfield, IL 62708

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
JUL 11 2000
ONE DEPOSIT RECEIVED
JUL 11 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[ ] Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**
See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Perry J. Saidman, SAIDMAN DesignLaw Group
1110 Bonifant Street, Suite 510
Silver Spring, MD  20910

**b**

Area code and daytime telephone number ▶ ( 301 ) 585-8601          Fax number ▶ ( 301 ) 585-0138

Email ▶ perry.saidman@designlaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Design Ideas, Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Perry J. Saidman          Date▶ 7/5/00

Handwritten signature (X) ▼

X  *Perry Saidman*

**CERTIFICATION**

| Certificate will be mailed in window envelope to this address: | Name ▼ Perry J. Saidman, SAIDMAN DesignLaw Group | YOU MUST • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ 1110 Bonifant Street, Suite 510 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material | As of July 1, 1999, the filing fee for Form VA is $30. |
| | City/State/ZIP ▼ Silver Spring, MD  20910 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** ∪A /CON

UNITED STATES COPYRIGHT OFFICE

**VA 1-055-871**

*VA0001055871*

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

07 / 11 / 00
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

JUL 11 2000

Page ___3___ of ___4___ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only.** Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Doodles (Series 2)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Design Ideas, Ltd., P.O. Box 2967, Springfield, IL, 62708

---

## B
**Continuation of Space 2**

### d
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### e
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☑ Space 1    ☐ Space 4    ☐ Space 6

**C**

**Continuation of other Spaces**

Previous or Alternative Titles  (continued):

Petals Cocktail Charms, Flutter MemoGarden, Petals MemoGarden

1527355

| Certificate will be mailed in window envelope to this address: | **YOU MUST:** • Complete all necessary spaces • Sign your application | **D** |
|---|---|---|

Certificate will be mailed in window envelope to this address:

Name ▼
Perry J. Saidman, SAIDMAN DesignLaw Group

Number/Street/Apt ▼
1110 Bonifant Street, Suite 510

City/State/ZIP ▼
Silver Spring, MD  20910

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.


FIG. 1a


FIG. 1b


FIG. 1c

**Flutter Tealight Cup**
**Diameter=2.3 inches**
**Height=1.5 inches**


FIG. 2a


FIG. 2b


FIG. 2c

**Petals Tealight Cup**
**Diameter=2.3 inches**
**Height=1.5 inches**



FIG. 3a



FIG. 3b



FIG. 3c

**Flutter Votive Cup**
**Height=3 inches**
**Diameter (Base)=2 inches**
**Diameter (Top)=2.7 inches**



FIG. 4a



FIG. 4b



FIG. 4c

**Petals Votive Cup**
**Height=3 inches**
**Diameter (Base)=2 inches**
**Diameter (Top)=2.7 inches**



FIG. 5
Flutter and Petals Cocktail Charms
Length =1.4 inches (approximately)
Diameter=0.9 inches (approximately)



FIG. 6
Flutter MemoGarden
Length (Butterfly)=4.5 inches
Width (Butterfly)=2 inches
Height (Total)=5.9 inches



FIG. 7
Petals MemoGarden
Diameter (Flower)=2 inches
Height (Total)=5.8 inches

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT     (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN     (Place an "X" in One Box Only)

☐ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
another district
(specify)

☐ 6   Multidistrict
Litigation

☐ 7   Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE