E-FILED
Tuesday, 20 March, 2007 02:34:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. |
| THINGS REMEMBERED, INC., a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO ADMIT PRO HAC VICE
### PERRY J. SAIDMAN, MICHAEL T. PLATT AND GARFIELD GOODRUM

**NOW COMES** Plaintiff, Design Ideas, Ltd. ("Design Ideas"), by its attorneys BROWN, HAY & STEPHENS, LLP, and Paul Bown, and respectfully submits this Motion to Admit Pro Hac Vice Perry J. Saidman, Michael T. Platt and Garfield Goodrum pursuant to CDIL-LR 83.5(F). Design Ideas states as follows:

1. Attorneys Saidman, Platt and Goodrum are duly admitted to practice in the State of Maryland, the District of Columbia and the Commonwealth of Massachusetts, respectively.

2. Attorneys Saidman, Platt and Goodrum have not been admitted pro hac vice in any Illinois action before.

3. In support of this motion, Design Ideas submits supporting Affidavits of Perry J. Saidman, Michael T. Platt and Garfield Goodrum.

4. As this motion does not present a question of law, Design Ideas submits this motion without a memorandum of law, pursuant to CDIL-LR 7.1(B)(1).

**WHEREFORE**, Design Ideas, Ltd., respectfully requests this Court to order the admission of Perry J. Saidman, Michael T. Platt and Garfield Goodrum pro hac vice for the instant case, and that it grant any additional relief that is fair and just.

Respectfully submitted,

**DESIGN IDEAS, LTD.,**

by its attorneys,

**BROWN, HAY & STEPHENS, LLP**

Dated: March 16, 2007

By: **s/ Paul Bown**
Paul Bown
Registration No. 0265926
Attorney for Plaintiff
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
Springfield, Illinois 62701
(217) 544-8491
fax: (217) 544-9609
email: pbown@bhslaw.com

E-FILED
Tuesday, 20 March, 2007  02:35:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DESIGN IDEAS, LTD., )
an Illinois Corporation, )
)
Plaintiff, )
)
v. ) Civil Action No.
)
THINGS REMEMBERED, INC., )
a Delaware Corporation, )
)
Defendant. )

**AFFIDAVIT OF GARFIELD GOODRUM
IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE**

I, Garfield Goodrum, swear and state under oath as follows:

1. I am a senior associate with SAIDMAN DesignLaw Group in Silver Spring, Maryland, counsel for Plaintiff Design Ideas, Ltd.

2. I am admitted to practice in Massachusetts, New Hampshire, the United States District Courts for the Districts of Massachusetts and New Hampshire, the United States Court of Appeals for the First Circuit and the United States Court of Appeals for the Second Circuit.

3. I am in good standing in each bar of which I am a member. I have never been disbarred, suspended, nor have I been subject of any disciplinary actions.

4. This is my first application pro hac vice in this Court and in Illinois.

5. The local counsel of record with whom I will be associated in this matter is Attorney Paul Bown of BROWN, HAY & STEPHENS, LLP, 205 S. Fifth Street, Suite 700, Springfield, Illinois 62701.

FURTHER AFFIANT SAYETH NOT

_____
Garfield Goodrum
March 15, 2007

STATE OF:

COUNTY OF:

Sworn to and subscribed before me under the pains and penalties of perjury this 15th day of March 2007.

_____
Notary Public

Elizabeth A. Sterling
Notary Public State of Maryland
My commission expires July 7, 2007

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DESIGN IDEAS, LTD., )
an Illinois Corporation, )
)
Plaintiff, )
)
v. ) Civil Action No.
)
THINGS REMEMBERED, INC., )
a Delaware Corporation, )
)
Defendant. )

## AFFIDAVIT OF MICHAEL T. PLATT
## IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, MICHAEL T. PLATT, swear and state under oath as follows:

1. I am a senior associate at SAIDMAN DesignLaw Group in Silver Spring, Maryland, counsel for Plaintiff Design Ideas, Ltd.

2. I am admitted to practice in the District of Columbia, the United States Patent and Trademark Office, the United States Court of Appeals for the Federal Circuit and the United States Supreme Court.

3. I am in good standing in each bar of which I am a member. I have never been disbarred, suspended, nor have I been subject of any disciplinary actions.

4. This is my first application pro hac vice in this Court and in Illinois, to the best of my knowledge..

5. The local counsel of record with whom I will be associated in this matter is Attorney Paul Bown of BROWN, HAY & STEPHENS, LLP, 205 S. Fifth Street, Suite 700, Springfield, Illinois 62701.

FURTHER AFFIANT SAYETH NOT

Michael T. Platt
March 15, 2007

STATE OF:

COUNTY OF:

Sworn to and subscribed before me under the pains and penalties of perjury this 15th day of March 2007.

_____
Notary Public

Elizabeth A. Sterling
Notary Public State of Maryland
My commission expires July 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. |
| THINGS REMEMBERED, INC., a Delaware Corporation, ) ) ) ) | |
| Defendant. ) | |

### AFFIDAVIT OF PERRY J. SAIDMAN
### IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, PERRY J. SAIDMAN, swear and state under oath as follows:

1. I am the principal of SAIDMAN DesignLaw Group in Silver Spring, Maryland, counsel for Plaintiff Design Ideas, Ltd.

2. I am admitted to practice in Maryland, the District of Columbia, the United States Patent and Trademark Office, the United States District Court for the District of Maryland, the United States Court of Appeals for the Federal Circuit and the United States Supreme Court.

3. I am in good standing in each bar of which I am a member. I have never been disbarred, suspended, nor have I been subject of any disciplinary actions.

4. This is my first application pro hac vice in this Court and in Illinois.

5. The local counsel of record with whom I will be associated in this matter is Attorney Paul Bown of BROWN, HAY & STEPHENS, LLP, 205 S. Fifth Street, Suite 700, Springfield, Illinois 62701.

FURTHER AFFIANT SAYETH NOT

_Perry Saidman_
Perry J. Saidman
March 15, 2007

STATE OF:

COUNTY OF:

Sworn to and subscribed before me under the pains and penalties of perjury this 15th day of March 2007.

_Elizabeth Sterling_
Notary Public

Elizabeth A. Sterling
Notary Public State of Maryland
My commission expires July 7, 2007