E-FILED
Monday, 18 June, 2007  09:35:08 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DESIGN IDEAS, LTD., <br> an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THINGS REMEMBERED, INC., <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-CV-03077 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATUS REPORT

**NOW COMES** Plaintiff, DESIGN IDEAS, LTD., an Illinois Corporation, by and through its attorneys Brown, Hay & Stephens, LLP, and in response to the Court's Order for status reports as follows:

Plaintiff's counsel has been in contact with Defense counsel. Some discussions have been had but to date Defense counsel has not agreed to accept service of process. Accordingly, service will be pursued in short order.

Respectfully Submitted,

**DESIGN IDEAS, LTD.,**

by its attorneys,

Lead Counsel:  **BROWN, HAY & STEPHENS, LLP**

Dated:  June 15, 2007   By:  **s/Paul Bown**
Paul Bown
Registration No. 0265926
Attorney for Plaintiff
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
Springfield, IL  62701
(217) 544-8491
fax: (217) 544-9609
pbown@bhslaw.com

and

**SAIDMAN Design Law Group**
Perry J. Saidman
Michael T. Platt
Garfield Goodrum
8601 Georgia Avenue
Silver Spring, MD 20910
(301) 585-8601
fax: (301) 585-0138
garfield.goodrum@designlawgroup.com