AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the Central  District of  Illinois, Springfield Division

DESIGN IDEAS, LTD.
an Illinois Corporation

V.

THINGS REMEMBERED, INC.,
a Delaware Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3077

TO: (Name and address of Defendant)

THINGS REMEMBERED, INC.
5500 Avion Park Drive
Highland Heights, OH 44143-1911

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
Springfield, Illinois 62701

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                                                3/19/2007

CLERK                                                                        DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 13, 2007 |
| NAME OF SERVER (PRINT) Andrew Geronimo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Hand delivered by Process Server, served on Things Remembered, Inc., by serving Chris Hayes, Legal Department.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 13, 2007          *(signature)*
                Date            Signature of Server   Andrew Geronimo,
                                    Process Server
                                    1750 Midland Building
                                    Cleveland, Ohio 44115
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.