**E-FILED**
Friday, 07 September, 2007  02:46:08 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

|  |  |
|---|---|
| DESIGN IDEAS, LTD, | |
| Plaintiff, | |
| v. | No.: 07-CV-03077 |
| THINGS REMEMBERED, INC., | |
| Defendant. | |

### DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH
### FED.R.CIV.P.26(a)(1)

THINGS REMEMBERED, INC., by and through its undersigned attorney, certifies that on the 6th day of September, 2007, it complied with Fed.R.Civ.P.26(a)(1) by placing Defendant's disclosures in the United States Postal Service, first class postage prepaid and legibly addressed and by facsimile, to counsel for Plaintiff. Pursuant to CDIL-LR 26.3, documents disclosed have not been filed with the Court.

RESPECTFULLY SUBMITTED this 7th day of September, 2007

s/Carl R. Draper
Carl R. Draper
Bar No. 3128847
FELDMAN, WASSER, DRAPER & BENSON
1307 South Seventh Street
Springfield, IL 62703
Telephone:  217-544-3403
Facsimile:  217-544-1593
Email:  cdraper@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, I electronically filed the attached **DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH FED.R.CIV.P.26(a)(1)** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF registrants:

Paul R Bown
pbown@bhslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following to non CM/ECF participants:

Perry J. Saidman
Michael R. Platt
Garfield Goodrum
SAIDMAN DESIGN LAW GROUP
8601 Georgia Avenue
Silver Spring, MD 20910

s/Carl R. Draper
Carl R. Draper
Bar No. 3128847
FELDMAN, WASSER, DRAPER & BENSON
1307 South Seventh Street
Springfield, IL 62703
Telephone:  217-544-3403
Facsimile:  217-544-1593
Email:  cdraper@feldwass.com