E-FILED
Tuesday, 16 October, 2007  01:57:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DESIGN IDEAS, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:07-cv-03077 |
| | ) |
| THINGS REMEMBERED, INC., | ) |
| | ) |
| Defendant. | ) |

## CONSENTED MOTION TO BIFURCATE

**COMES NOW** plaintiff Design Ideas, Ltd., and files this Consented Motion to Bifurcate pursuant to Fed.R.Civ.P. 42(b).  The parties request the Court to bifurcate the copyright and patent claims in this matter, and allow the copyright claims to proceed first.  Once the copyright claims are litigated, the action might well conclude.  Thus, considerable judicial and party resources would be saved, if the Court would allow bifurcation.

Respectfully submitted,

**DESIGN IDEAS, LTD.,**

by its attorneys,

**BROWN, HAY & STEPHENS, LLP**

Paul Bown
205 S. Fifth Street, Suite 700
Springfield, Illinois 62701
(217) 544-8491
fax: (217) 544-9609

and

**SAIDMAN DesignLaw Group**

Dated: October 16, 2007          By:     /s/ Garfield Goodrum_____
                                        Michael T. Platt
                                        Garfield Goodrum
                                        8601 Georgia Avenue
                                        Silver Spring, MD  20910
                                        (301) 585-8601
                                        fax: (301) 585-0138
                                        garfield.goodrum@designlawgroup.com
                                        Attorney Goodrum is admitted in MA and not yet admitted in MD.

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2007, a copy of the above and foregoing **CONSENTED MOTION TO BIFURCATE** has been served on opposing counsel of record by U.S. Mail, postage prepaid, properly addressed.

                                        /s/ Garfield Goodrum