E-FILED
Wednesday, 25 June, 2008  11:08:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DESIGN IDEAS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  3:07-cv-03077 |
| ) | |
| THINGS REMEMBERED INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR TELEPHONIC ATTENDANCE AT DEPOSITION**

Plaintiff, Design Ideas, Ltd. ("Design Ideas"), respectfully submits this Response to Defendant's Motion for Telephonic Attendance at Deposition (Document 21).

Design Ideas does not object to the attorneys for defendant Things Remembered, Inc. ("Things Remembered"), to attending the deposition of Trisha Derry scheduled for this Friday, June 27, 2008, telephonically.

Indeed, Design Ideas checked with counsel on their availability before scheduling the deposition, and arranged with the witness to accommodate same while also proceeding expeditiously in light of the 60-day discovery extension.  (*See* Document 20.)  (Fact discovery now closes on August 12, 2008.)

Design Ideas also saw a connection between this request by counsel and a request it had made of Things Remembered:  One the one hand, Things Remembered has asked Design Ideas to do something it does not have to do, namely, allow telephonic deposition attendance.

Likewise, Design Ideas had already asked Things Remembered to allow interrogatories in excess of the standard number, to which Things Remembered appears to have agreed.

I.  **DESIGN IDEAS SCHEDULED THE DEPOSITION AFTER CONFIRMING COUNSEL'S AVAILABILITY.**

Soon after the Court granted Design Ideas' discovery extension motion, Design Ideas began attempting to contact the witness – Ms. Derry to schedule her deposition. On June 17, 2008, undersigned counsel for Design Ideas inquired of the schedule for counsel for Things Remembered for the week of June 23 – June 30 for Ms. Derry's deposition. (*See* email exchange attached hereto as Exhibit A at second highlighted sentence.) ("How is your schedule until [June 30 ] for a depo of Ms. Derry."). Counsel responded shortly thereafter that day that "[a]ny day next week is fine for me with respect to Ms. Derry." Counsel had indicated he would be away from July 4 – 14, and the undersigned responded he would be away from June 30 –July 20, although Attorney Platt would be available during this time. (*Id.*)

Despite repeated telephone calls to a number for Ms. Derry, *without answering machine*, to schedule the deposition, it was not until Saturday, June 21, 2008, at 10:43 PM, that Ms. Derry first responded to the undersigned. Ms Derry emailed, saying she did not answer numbers she did not know, and that she would telephone on Monday, June 23. However, Ms. Derry did not call on that date, despite telephone calls to her then. The undersigned yet again telephoned Ms. Derry on Tuesday, June 24, finally reaching her on that date, when Ms. Derry agreed to the scheduling of this Friday, June 27, 2008.

Thus, Design Ideas has acted diligently and only desires to take the testimony of this key witness, whose identity was wrongfully withheld by Things Remembered. This deposition needs to occur as early as possible in the 60-day extended discovery period, to allow for follow-up discovery, if the need presents.

2

**II.    DESIGN IDEAS ONLY REQUESTED AN INCREASE IN INTERROGATORIES, TO WHICH COUNSEL ALREADY APPEARED TO AGREE.**

Design Ideas served a second set of discovery consisting principally of admission requests and essentially corresponding document requests and interrogatories. The interrogatories are largely companion requests to the admissions, many of which only requiring responses if Things Remembered denies an admission request. This discovery essentially inquiries into very familiar areas for both parties, and does not proceed into new areas. It is intended to pull out any additional facts or evidence that Things Remembered might have, in light of Things Remembered's previous failure to disclose the identity of a material witness – Ms. Derry, misrepresentations in interrogatory responses and failure to conduct proper due diligence before verifying its discovery responses and producing documents.

The parties have been involved in a separate discovery dispute concerning Design Ideas' second set of discovery, which they have endeavored to resolve without the Court's intervention. (*See* Exhibit A hereto.) Design Ideas was about to file a motion to compel, which it had already drafted, when counsel indicated Things Remembered would serve amended responses to the second set of discovery with thirty (30) days of the Court's order granting the discovery motion, that is, ninety (90) days from when this discovery was served. (*Id.*)

In the email exchange between the undersigned and Things Remembered's counsel attached hereto as Exhibit A, the undersigned states: "If TR will provide *substantive responses* by 7/3, then DI will hold off [on filing its motion to compel]." (First highlighted sentence.) (Emphasis added.) Subsequently the undersigned inquired again: "…[C]an we expect substantive responses by 7/3?", to which Things Remembered's counsel responded: "**That's the plan.**" (*See* email exchange attached hereto as Exhibit B.) (Emphasis added.) While it appears

3

Things Remembered has already agreed to substantively respond to Design Ideas' second set of discovery including the interrogatories, there is some ambiguity in counsel's response.

Design Ideas merely sought to foreclose any ambiguity on the issue of interrogatories, as counsel's "plans" might change.  This is in an effort to move the matter along as quickly as possible, in light of the Court's 60-day discovery extension.  Design Ideas respectfully requests the Court to confirm counsel's apparent agreement to substantively respond to all of its discovery requests.

Respectfully submitted,

**DESIGN IDEAS, LTD.,**

by its attorneys,

**BROWN, HAY & STEPHENS, LLP**

Paul Bown
205 S. Fifth Street, Suite 700
Springfield, Illinois 62701
(217) 544-8491
fax: (217) 544-9609

and

**SAIDMAN DesignLaw Group, LLC**

| | | |
|---|---|---|
| Dated: June 26, 2008 | By: | /s/ Garfield Goodrum |

Garfield Goodrum, Principal
Michael T. Platt
8601 Georgia Avenue
Silver Spring, MD  20910
(301) 585-8601
fax: (301) 585-0138
garfield.goodrum@designlawgroup.com
Attorney Goodrum is admitted in MA and not yet admitted in MD.

3:07-cv-03077-JES-CHE    # 22-2    Page 1 of 2

EXHIBIT A

Page 1 of 2

E-FILED
Wednesday, 25 June, 2008  11:09:01 PM
Clerk, U.S. District Court, ILCD

## Garfield Goodrum

**From:** garfield.goodrum@designlawgroup.com
**Sent:** Wednesday, June 25, 2008 9:45 PM
**To:** 'Garfield Goodrum'
**Subject:** FW: DI v. TR

SAIDMAN **DesignLaw** Group, LLC
Garfield Goodrum, Principal
Direct:   301-585-8601 Fax: 301-585-0138
Email:    garfield.goodrum@designlawgroup.com

**From:** garfield.goodrum@designlawgroup.com [mailto:garfield.goodrum@designlawgroup.com]
**Sent:** Tuesday, June 17, 2008 1:32 PM
**To:** 'Philip J. Moy'
**Cc:** 'Michael Platt'
**Subject:** RE: DI v. TR

Phil,

We were in the process of filing our motion to compel, when we received your email.  If TR will provide substantive responses by 7/3, then we will hold off.  Otherwise, 90 days (from service of the discovery) to respond is unreasonable, as is your reading of the *Dekalb* case.  Re your trip, which sounds great, we won't schedule anything then.  I will be away 6/30-7/20, although Mike will be in town.  We'd likewise request TR not schedule anything during this time.  How is your schedule until then, for a depo of Ms. Derry?

Garfield

SAIDMAN **DesignLaw** Group, LLC
Garfield Goodrum, Principal
Direct:   301-585-8601 Fax: 301-585-0138
Email:    garfield.goodrum@designlawgroup.com

**From:** Philip J. Moy [mailto:PMoy@faysharpe.com]
**Sent:** Wednesday, June 11, 2008 12:23 PM
**To:** garfield.goodrum@designlawgroup.com; michael.platt@designlawgroup.com
**Cc:** Richard J. Minnich; John S. Zanghi
**Subject:** DI v. TR

Gentlemen,

In view of the Court's granting your motion to extend discovery, Things Remembered will serve amended responses to Design Ideas' second set of discovery requests within 30 days from today's order.  As a practical matter, we probably will be serving the responses by July 3, because I am leaving for a

family trip to the Galapagos Islands on July 4 and will not be back in the office until July 14.  I request that you try not to schedule any key events while I am out of the country and hope that you will have the opportunity to enjoy some vacation at the same time.

Phil

*Philip J. Moy Jr.*
*FAY SHARPE LLP*
*1100 Superior Avenue*
*Seventh Floor*
*Cleveland, Ohio 44114-2579*
*Telephone: 216-861-5582*
*Facsimile: 216-241-1666*
*E-Mail: pmoy@faysharpe.com*

3:07-cv-03077-JES-CHE     # 22-3     Page 1 of 3

Exhibit B.

Page 1 of 3

**E-FILED**
day, 25 June, 2008   11:09:28 PM
Clerk, U.S. District Court, ILCD

### Garfield Goodrum

**From:** Philip J. Moy [PMoy@faysharpe.com]
**Sent:** Tuesday, June 17, 2008 6:52 PM
**To:** garfield.goodrum@designlawgroup.com
**Subject:** RE: DI v. TR

That's the plan.

*Philip J. Moy Jr.*
*FAY SHARPE LLP*
*1100 Superior Avenue*
*Seventh Floor*
*Cleveland, Ohio 44114-2579*
*Telephone: 216-861-5582*
*Facsimile: 216-241-1666*
*E-Mail: pmoy@faysharpe.com*

**From:** garfield.goodrum@designlawgroup.com [mailto:garfield.goodrum@designlawgroup.com]
**Sent:** Tuesday, June 17, 2008 4:11 PM
**To:** Philip J. Moy
**Cc:** 'Michael Platt'
**Subject:** RE: DI v. TR

We'll advise as soon as we know on Ms. Derry. On the discovery responses, can we expect substantive responses by 7/3?

**SAIDMAN DesignLaw Group, LLC**
Garfield Goodrum, Principal
Direct:    301-585-8601 Fax: 301-585-0138
Email:     garfield.goodrum@designlawgroup.com

**From:** Philip J. Moy [mailto:PMoy@faysharpe.com]
**Sent:** Tuesday, June 17, 2008 3:46 PM
**To:** garfield.goodrum@designlawgroup.com
**Cc:** Michael Platt
**Subject:** RE: DI v. TR

Garfield,

Any day next week is fine for me with respect to Ms. Derry. Where would you be deposing her? I might request your consent to attending her deposition by telephone.

Phil

*Philip J. Moy Jr.*
*FAY SHARPE LLP*
*1100 Superior Avenue*

6/25/2008

*Seventh Floor*
*Cleveland, Ohio 44114-2579*
*Telephone: 216-861-5582*
*Facsimile: 216-241-1666*
*E-Mail: pmoy@faysharpe.com*

---

**From:** garfield.goodrum@designlawgroup.com [mailto:garfield.goodrum@designlawgroup.com]
**Sent:** Tuesday, June 17, 2008 1:32 PM
**To:** Philip J. Moy
**Cc:** 'Michael Platt'
**Subject:** RE: DI v. TR

Phil,

We were in the process of filing our motion to compel, when we received your email.  If TR will provide substantive responses by 7/3, then we will hold off.  Otherwise, 90 days (from service of the discovery) to respond is unreasonable, as is your reading of the *Dekalb* case.  Re your trip, which sounds great, we won't schedule anything then.  I will be away 6/30-7/20, although Mike will be in town.  We'd likewise request TR not schedule anything during this time.  How is your schedule until then, for a depo of Ms. Derry?

Garfield

SAIDMAN **DesignLaw** Group, LLC
Garfield Goodrum, Principal
Direct:   301-585-8601 Fax: 301-585-0138
Email:    garfield.goodrum@designlawgroup.com

---

**From:** Philip J. Moy [mailto:PMoy@faysharpe.com]
**Sent:** Wednesday, June 11, 2008 12:23 PM
**To:** garfield.goodrum@designlawgroup.com; michael.platt@designlawgroup.com
**Cc:** Richard J. Minnich; John S. Zanghi
**Subject:** DI v. TR

Gentlemen,

In view of the Court's granting your motion to extend discovery, Things Remembered will serve amended responses to Design Ideas' second set of discovery requests within 30 days from today's order.  As a practical matter, we probably will be serving the responses by July 3, because I am leaving for a family trip to the Galapagos Islands on July 4 and will not be back in the office until July 14.  I request that you try not to schedule any key events while I am out of the country and hope that you will have the opportunity to enjoy some vacation at the same time.

Phil

*Philip J. Moy Jr.*
*FAY SHARPE LLP*
*1100 Superior Avenue*

6/25/2008

*Seventh Floor*
*Cleveland, Ohio 44114-2579*
*Telephone: 216-861-5582*
*Facsimile: 216-241-1666*
*E-Mail: pmoy@faysharpe.com*

6/25/2008