**E-FILED**
Wednesday, 23 July, 2008  10:31:34 AM
Clerk, U.S. District Court, ILCD



SAIDMAN
**DesignLaw**Group®

A law firm

that concentrates

on legal issues

involving designs,

product

configurations

and related

intellectual

property

July 17, 2008

Hon. Charles H. Evans
United States Magistrate Judge
**U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS**
110 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

Re:         *Design Ideas, Ltd. v. Things Remembered, Inc.*
            Case No. 3:07-cv-3077
            U.S.D.C. – Central District of Illinois

Dear Judge Evans:

On Monday, July 14, 2008, Design Ideas, Ltd., filed Plaintiff's Motion to Order Defendant's Response to Plaintiff's Discovery Requests in the above-referenced case. The parties are now attempting to resolve the discovery issues discussed therein without requiring the assistance of Your Honor, and believe we have a good chance at success.

Best regards.

Very truly yours,

SAIDMAN **DesignLaw** Group, LLC

*Michael Platt*

Michael T. Platt
michael.platt@designlawgroup.com

cc:     Philip J. Moy Jr.
        Carl R. Draper
        Paul Bown
        Design Ideas, Ltd.

Saidman DesignLaw Group, LLC
Lee Plaza, Suite 603
8601 Georgia Avenue
Silver Spring, MD 20910, USA
301-585-8601     ▪   301-585-0138 fax
**www.designlawgroup.com**

*Looks Matter.  Legally*®